12-13-00391-CR

Appeal Board

    I Am writing because I have not received A response to the submission letter I received for Dec, 29 2014. Also be informed that I have been moved to Coffield Trusty Camp.

Thanks

Willie Dom

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JAN 2 2 2015
TYLER TEXAS
CATHY S. LUSK, CLERK